# EXHIBIT A



# Notice of Service of Process

**KN4 / ALL**
**Transmittal Number: 23050984**
**Date Processed: 04/13/2021**

| | |
|---|---|
| **Primary Contact:** | Peter Goss<br>Pentair, Inc.<br>5500 Wayzata Blvd<br>Ste 900<br>Golden Valley, MN 55416-3573 |
| **Electronic copy provided to:** | Kristine Remjeske |

| | |
|---|---|
| **Entity:** | Pentair Filtration Solutions, LLC<br>Entity ID Number  3292782 |
| **Entity Served:** | Pentair Filtration Solutions, LLC |
| **Title of Action:** | American National Property and Casualty Company  vs. Pentair Filtration Solutions, LLC |
| **Matter Name/ID:** | American National Property and Casualty Company  vs. Pentair Filtration Solutions, LLC  (11138395) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County State Court, GA |
| **Case/Reference No:** | 21-C-02768-S5 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 04/13/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Derrick L. Bingham<br>404-688-2600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02768-S5**
**4/8/2021 11:10 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**American National Property**

**and Casualty Company**

PLAINTIFF

CIVIL ACTION
NUMBER:___ **21-C-02768-S5** _____

VS.

**Pentair Filtration Solutions, LLC**

**RA: Corporation Service Company**

40 Technology Pkwy S., Suite 300 Norcoss, GA 30092

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

   You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Derrick L. Bingham, 303 Peachtree St NE, Suite 2850, Atlanta, GA 30308

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **8th**_____ day of **April**_____, 20**21** .

                                       **Tiana P. Garner**
                                       **Clerk of State Court**

                                       By_____
                                            /Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

21-C-02768-S5
4/8/2021 11:10 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **Gwinnett** County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> MM-DD-YYYY | Case Number **21-C-02768-S5** |

**Plaintiff(s)**
American National Property and Casualty Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
Pentair Filtration Solutions, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney **Derrick L. Bingham**   Bar Number **141217**   Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☒ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**                        **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

E-FILED IN OFFICE - AM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-02768-S5**
**4/8/2021 11:10 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PENTAIR FILTRATION SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) |

Civil Action File No. **21-C-02768-S5** _____

## **COMPLAINT**

Plaintiff American National Property and Casualty Company ("ANPAC"), as subrogee of its insured, Gary McFall, files this Complaint against Pentair Filtration Solutions, LLC, showing the Court as follows:

1.

ANPAC is an insurance company based in Springfield, Missouri, which is authorized to do business in the State of Georgia.

2.

Defendant Pentair Filtration Solutions, LLC is a foreign limited liability company authorized to do business in Georgia. Defendant may be served through its registered agent, Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.

3.

This Court has subject matter jurisdiction over this matter pursuant to Ga. Const. Art. VI, § IV, Para. I, and O.C.G.A. § 15-6-8.

4.

Venue is proper in this Court and this Court has personal jurisdiction over Defendant pursuant to O.C.G.A. 14-2-510.

5.

ANPAC issued a Homeowners insurance policy, Policy Number 10HU72893 (the "Policy"), effective September 15, 2018 through September 15, 2019, to Gary McFall insuring the home and contents located at 2866 Kingsland Court SE, Atlanta, Cobb County, Georgia 30339.

## COUNT I – NEGLIGENCE

6.

Defendant designed, manufactured, assembled, tested, inspected, marketed, distributed, and warranted an Everpure E-Series water filtration system with the brand part number EV3112-47 Rev. E and identifying mark "MR14" (the "Pentair Water Filter").

7.

The Pentair Water Filter was installed in Gary McFall's home in or around 2017 and thereafter was used for its intended purpose without abuse or modification.

8.

On or about August 13, 2019, the Pentair Water Filter failed and a flood occurred within Gary McFall's home, causing damage to the residence and the contents located therein (the "Water Loss").

9.

A subsequent investigation revealed that the flood was caused by a malfunction and/or defect within the Pentair Water Filter.

10.

Defendant was negligent in designing, assembling, manufacturing, testing, inspecting, marketing, and distributing the Pentair Water Filter in a defective condition at the time of first distribution and sale for use.

11.

Defendant's negligence proximately caused damage to Mr. McFall's residence and contents insured by ANPAC.

12.

As a result of the Water Loss caused by Defendant's negligence, Mr. McFall made a claim under the Policy.

13.

Pursuant to the Policy, ANPAC paid for the damages as a result of the Water Loss.

14.

ANPAC is subrogated to all rights and interest in the claim against Defendant as a result of making payments to or on behalf of its insured under the Policy.

15.

As a direct and proximate result of Defendant's negligence, ANPAC has sustained damages for which Defendant is liable in the amount of $78,448.45.

## COUNT II – PREJUDGMENT INTEREST

16.

ANPAC, through its counsel, made a demand on Defendant via registered mail on October 15, 2020, in the amount of $78,448.45. Said demand was open for 30 days.

3

17.

Defendant failed to pay the amount demanded within 30 days from demand.

18.

Therefore, ANPAC is entitled to prejudgment interest pursuant to O.C.G.A. § 51-12-14.

## COUNT III – ATTORNEY'S FEES AND COSTS

19.

Defendant has been stubbornly litigious, acted in bad faith, and has caused ANPAC unnecessary trouble and expense.

20.

Pursuant to O.C.G.A. § 13-6-11, Defendant is liable for attorney's fees and costs of litigation in an amount to be proven at trial.

**WHEREFORE, ANPAC respectfully prays as follows:**

1.   For a trial by a jury of 12;

2.   For judgment in the amount of $78,448.45, plus prejudgment and post-judgment interest, as well as attorney's fees and expenses; and

3.   For such other and further relief as the Court deems just and proper.

Respectfully submitted, this 8th day of April, 2021.

OWEN GLEATON EGAN JONES & SWEENEY, LLP

*/s/Derrick L. Bingham*
DERRICK L. BINGHAM
Georgia Bar No. 141217
JULIE R. COMER
Georgia Bar No. 380547
***Counsel for Plaintiff***
***American National Property & Casualty Company***

4

303 Peachtree Street, N.E., Suite 2850
Atlanta, Georgia 30308
Telephone: 404.688.2600
Facsimile: 404.525.4347
bingham@owengleaton.com
jcomer@owengleaton.com

| CIVIL ACTION NO. | 21-C-02768-S5 | | _____ MAGISTRATE    x    STATE    _____ SUPERIOR |
|---|---|---|---|
| | | | GWINNETT COUNTY, GEORGIA           COURT |

DATE FILED    04/08/21

ATTORNEY OR PLAINTIFF(S), ADDRESS & TELEPHONE NUMBER
Derrick L. Bingham, Owen, Gleaton, Egan, Jones & Sweeney

303 Peachtree St NE , Suite 2850

Atlanta, GA 30308

404-566-4141

American National Property and Casualty Company

PLAINTIFF(S)

VS.

Pentair Filtration Solutions, LLC

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED
Pentair Filtration Solutions, LLC

RA: Corporation Service Company

40 Technology Pkwy S., Suite 300 Norcross, GA 30092

DEFENDANT(S)

GARNISHEE

**SHERIFF'S ENTRY OF SERVICE**

_____**PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons

_____**NOTORIUS**
I have this day served the defendant _____ by leaving a copy of the
action and summons at his most nortorious place of abode in this county
Delivered same into hands of _____ described as follows
age, about _____ years; weight,about _____ pounds; height, about _____ feet, and _____ inches
domiciled at the residence of the defendant.

_____**CORPORATION**
I have this day served the defendant _*Pentair Filt'n Soln. LLC*_ a corporation
by leaving a copy of the within action and summons with _*Alisia Smith*_
in charge of the office and place of doing business of said Corporation in this County

_____**TACK & MAIL**   I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy
of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a
true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the
address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to
answer said summons at the place stated in the summons

_____**NON EST**  Diligent search made and defendant _____
not to be found in the jurisdiction of this Court

This   *13*   day of   *April*   20 *21*.

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

TIME: _____



**Notice of Service of Process**

**KN4 / ALL**
**Transmittal Number: 23139210**
**Date Processed: 04/30/2021**

| | |
|---|---|
| **Primary Contact:** | Peter Goss<br>Pentair, Inc.<br>5500 Wayzata Blvd<br>Ste 900<br>Golden Valley, MN 55416-3573 |
| **Electronic copy provided to:** | Kristine Remjeske |

| | |
|---|---|
| **Entity:** | Pentair Filtration Solutions, LLC<br>Entity ID Number  3292782 |
| **Entity Served:** | Pentair Filtration Solutions, LLC |
| **Title of Action:** | American National Property and Casualty Company  vs. Pentair Filtration Solutions, LLC |
| **Matter Name/ID:** | American National Property and Casualty Company  vs. Pentair Filtration Solutions, LLC  (11138395) |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County State Court, GA |
| **Case/Reference No:** | 21-C-02768-S5 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 04/30/2021 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| Sender Information: | Derrick L. Bingham<br>404-688-2600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## NOTICE OF LEAVE OF ABSENCE

**TO:**       All Judges, Clerks of Court, and Counsel of Record

**FROM:**   Derrick L. Bingham

**RE:**       Notice of Leave of Absence

**DATE:**   April 27, 2021

COMES NOW Derrick L. Bingham, and pursuant to Uniform Superior and State Court Rule 16.1, respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel ("Exhibit A"), that he will be on leave as follows:

1. May 24, 2021 through and including May 28, 2021 (family vacation);

2. July 14, 2021 through and including July 16, 2021 (family vacation);

3. October 7, 2021 through and including October 11, 2021 (family vacation)

4. All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to file a written objection. If no objections are filed, then leave will stand granted without entry of an order.

**OWEN, GLEATON, EGAN,**
**JONES & SWEENEY, LLP**


*/s/ Derrick L. Bingham*____
DERRICK L. BINGHAM
Georgia State Bar No. 141217

303 Peachtree Street, N.E., Suite 2850
Atlanta, Georgia 30308
Telephone: 404-688-2600
Facsimile: 404-525-4347

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all Judges, clerks of court, and counsel for all parties listed on **Exhibit "A"** with a true and correct copy of the foregoing **Notice of Leave of Absence of Derrick L. Bingham** via the Court's electronic filing system.

This 27ᵗʰ day of April, 2021.

**OWEN, GLEATON, EGAN,
JONES & SWEENEY, LLP**

*/s/ Derrick L. Bingham*
DERRICK L. BINGHAM
Georgia State Bar No. 141217

303 Peachtree Street, N.E., Suite 2850
Atlanta, Georgia 30308
Telephone: 404-688-2600
Facsimile: 404-525-4347

## Exhibit A

| Case Name and Number | Judge/Court/Clerk/County | Counsel/Address |
|---|---|---|
| American National Property and Casualty Company v. Pentair Filtration Solutions, LLC<br><br>CAFN: 21-C-02768-S5 | Honorable Pamela D. South Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046<br><br><br>Tiana P. Garner<br>Clerk, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Pentair Filtration Solutions, LLC<br>RA: Corporation Service Company<br>40 Technology Parkway South Suite 300<br>Norcross, GA 30092 |



OWEN, GLEATON, EGAN
JONES & SWEENEY, LLP

303 PEACHTREE STREET, N.E., SUITE 2850
ATLANTA, GEORGIA 30308

ATLANTA METRO 301

28 APR 2021 PM 8 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 30308 $ 000.51
02 1W
0001399751 APR 27 2021

Pentair Filtration Solutions, LLC
RA: Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

30092-292475

# EXHIBIT B



# GEORGIA
# CORPORATIONS DIVISION

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY** |
| Business Type: | **Foreign Insurance Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **1949 E. SUNSHINE, SPRINGFIELD, MO, 65899-0001, USA** |
| Jurisdiction: | **Missouri** |

| | |
|---|---|
| Control Number: | **J450483** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **4/14/1978** |
| Last Annual Registration Year: | **2021** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.17

**Report a Problem?**

OFFICER INFORMATION

| Name | Title | Business Address |
|------|-------|------------------|
| Mark Flippin | Secretary | One Moody Plaza, Galveston, TX, 77550, USA |
| Michelle Gage | CFO | One Moody Plaza, Galveston, TX, 77550, USA |
| Timothy A Walsh | CEO | One Moody Plaza, Galveston, TX, 77550, USA |

Back                              Filing History       Name History       Return to Business Search

# EXHIBIT C



# GEORGIA
# CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **PENTAIR FILTRATION SOLUTIONS, LLC** | Control Number: | **14098501** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1040 MUIRFIELD DRIVE, HANOVER PARK, IL, 60133, USA** | Date of Formation / Registration Date: | **10/7/2014** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2021** |
| Principal Record Address: | **NONE** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

Back       Filing History      Name History      Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.17

**Report a Problem?**

# EXHIBIT D

# Wisconsin Department of Financial Institutions
Strengthening Wisconsin's Financial Future

Search for:

Search
Advanced Search
Name Availability

| pentair water group | Search Records |

**Corporate Records**

Result of lookup for **P047793** (at 5/10/2021 11:02 AM )

# PENTAIR WATER GROUP, INC

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

**Vital Statistics**

| | |
|---|---|
| **Entity ID** | P047793 |
| **Registered Effective Date** | 05/26/2006 |
| **Period of Existence** | PER |
| **Status** | Incorporated/Qualified/Registered   Request a Certificate of Status |
| **Status Date** | 05/26/2006 |
| **Entity Type** | Foreign Business Corporation |
| **Annual Report Requirements** | Foreign Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |
| **Foreign Organization Date** | 03/21/2005 |
| **Paid Capital Represented** | $60,000 |
| **Foreign State** | DE |

**Addresses**

| | |
|---|---|
| **Registered Agent Office** | CORPORATION SERVICE COMPANY<br>8040 EXCELSIOR DRIVE<br>SUITE 400<br>MADISON , WI 53717<br><br>File a Registered Agent/Office Update Form |

**Principal Office**
293 WRIGHT STREET
DELAVAN , WI 53115
UNITED STATES OF AMERICA

**Historical Information**

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|------|------|-------|----------|-----------|
| 2021 | 000 | 0000 | online | database |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**
None

**Old Names**
None

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|----------------|-------------|------------|-------------|
| 05/26/2006 | Incorporated/Qualified/Registered | 06/02/2006 | |
| 07/30/2010 | Change of Registered Agent | 08/03/2010 | |
| 01/22/2014 | Change of Registered Agent | 01/28/2014 | FM13-E-Form |
| 05/01/2014 | Change of Registered Agent | 05/01/2014 | BULK FILING |

| 08/18/2014 | Intent to Revoke | 08/18/2014 | |

Order a Document Copy

# EXHIBIT E

**GWINNETT COUNTY STATE COURT**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 21-C-02768-S5 |
| vs. | ) ) | |
| PENTAIR FILTRATION SOLUTIONS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT**

Pursuant to 28 U.S.C. § 1446(d), Pentair Filtration Solutions, LLC ("Defendant Pentair"), gives notice that it has removed this case to federal court by the filing of a Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division, on May 10, 2021.  A true and correct copy of the Notice of Removal is attached herewith as **Exhibit A**.  Pursuant to 28 U.S.C. § 1446(d), the State Court of Gwinnett County cannot proceed with this case unless and until it is remanded back to this Court by order of the federal court. Defendant will timely file its first responsive pleading to Plaintiff's Complaint in federal court in accordance with federal law.

[*Signatures on Following Page*]

DATED: May 10, 2021.

                **WEINBERG, WHEELER, HUDGINS,**
                **GUNN & DIAL, LLC**

                */s/ George B. Green, Jr.*
                _____
                Jonathan T. Krawcheck
                Georgia Bar No.: 429320
                George B. Green, Jr.
                Georgia Bar No.: 665716

                *Attorneys for Defendant, Pentair Filtration*
                *Solutions, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2700
Fax: (404) 875-9433
jkrawcheck@wwhgd.com
ggreenjr@wwhgd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing upon opposing counsel via the Odyssey E-filing, Email, and U.S. Mail addressed as follows:

Derrick L. Bingham
Julie R. Comer
OWEN GLEATON EGAN JONES & SWEENEY, LLP
303 Peachtree Street, NE
Suite 2850
Atlanta, Georgia 30308
bingham@owengleaton.com
jcomer@owengleaton.com

This 10th day of May, 2021.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ George B. Green, Jr.*
_____
Jonathan T. Krawcheck
Georgia Bar No.: 429320
George B. Green, Jr.
Georgia Bar No.: 665716

*Attorneys for Defendant, Pentair Filtration Solutions, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, GA  30326
Tel: (404) 876-2700
Fax: (404) 875-9433
jkrawcheck@wwhgd.com
ggreenjr@wwhgd.com