## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENTAIR FILTRATION SOLUTIONS, LLC, )<br>)<br>Defendant. ) | Civil Action No.<br>1:21-CV-01976-ELR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their undersigned counsel, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this *Stipulation of Dismissal with Prejudice.*

*{Signatures on following page}*

Submitted this 18th day of October, 2021.

| | |
|---|---|
| */s/ Derrick L. Bingham* | */s/ George B. Green, Jr.* |
| Derrick L. Bingham | Jonathan T. Krawcheck |
| Georgia Bar No.: 141217 | Georgia Bar No.: 429320 |
| Julie R. Comer | George B. Green, Jr. |
| Georgia Bar No.: 380547 | Georgia Bar No.: 665716 |
| | |
| 303 Peachtree Street, N.E., | 3344 Peachtree Road, |
| Suite 2850 | Suite 2400 |
| Atlanta, GA  30308 | Atlanta, GA  30326 |
| Tel: (404) 688-2600 | Tel: (404) 876-2700 |
| Fax: (404) 525-4347 | Fax: (404) 875-9433 |
| Email:  Bingham@owengleaton.com | Email:  jkrawcheck@wwhgd.com |
| Email: JComer@owengleaton.com | Email:  ggreenjr@wwhgd.com |
| *Attorneys for Plaintiff, American National Property And Casualty Company* | *Attorneys for Defendant, Pentair Filtration Solutions, LLC* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 18th day of October, 2021.

                                               **OWEN GLEATON EGAN JONES & SWEENEY, LLP**

                                               */s/ Derrick L. Bingham*
                                               Derrick L. Bingham
                                               Georgia Bar No.: 141217
                                               Julie R. Comer
                                               Georgia Bar No.: 380547
                                               *Attorneys for Plaintiff American National Property and Casualty Company*

303 Peachtree Street, N.E., Suite 2850
Atlanta, GA  30308
Tel: (404) 688-2600
Fax: (404) 525-4347
Email:  Bingham@owengleaton.com
Email: JComer@owengleaton.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

This 18th day of October, 2021.

**OWEN GLEATON EGAN JONES & SWEENEY, LLP**

*/s/ Derrick L. Bingham*
Derrick L. Bingham
Georgia Bar No.: 141217
Julie R. Comer
Georgia Bar No.: 380547
*Attorneys for Plaintiff American National Property and Casualty Company*

303 Peachtree Street, N.E., Suite 2850
Atlanta, GA  30308
Tel: (404) 688-2600
Fax: (404) 525-4347
Email:  Bingham@owengleaton.com
Email: JComer@owengleaton.com